**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-7619

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

DEMETRIUS HARRISON,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:07-cr-00083-BO-1)

Submitted:  April 25, 2017                           Decided:  May 10, 2017

Before GREGORY, Chief Judge, and MOTZ and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Demetrius Harrison, Appellant Pro Se.  Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius Harrison appeals the district court's order denying his motion to reduce his sentence of imprisonment by nine months. Because the district court correctly concluded that it lacked the authority to grant Harrison's motion, we affirm. *See United States v. Goodwyn*, 596 F.3d 233, 235-36 (4th Cir. 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*